**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                              CASE NO. 8:09-CR-50-T-17-AEP

ANTHONY GALLEGOS

_____/

**ORDER**

      This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines, (Doc. 44) filed by retained counsel. The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 49) and the government's response (Doc. 50). The Court has reviewed the motion, the Amendment Assessment for the United States Probation Office, and the response to the motion by the government. The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position of the government and probation that the defendant is not eligible for a reduction in sentence because he was sentenced as a career offender. Accordingly, it is.

      **ORDERED** that defendant's motion for modification of sentence be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 19th day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record